**SO ORDERED.**
**SIGNED this 18th day of February, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

Case No. 3:15-bk-33357-SHB

NATALIA ORTIZ

        Debtor

### O R D E R

A status conference was held in this Chapter 11 bankruptcy case on February 18, 2016. Following a discussion and agreement between Debtor's counsel and the United States Trustee, the Court directs that Debtor shall file a proposed Chapter 11 plan and disclosure statement no later than March 31, 2016.

###